**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DVISION**

**DATE** 9/13/2023

| **DISTRICT JUDGE**<br>**Amos L. Mazzant, III** | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| SECURUS TECHNOLOGIES, LLC<br><br>v.<br><br>DANIEL MCGUINN and SMART COMMUNICATIONS HOLDING, INC. | CASE NUMBER 4:23CV762 |

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Barton (Beau) Cox, Kira Latham | Molly Jones (McGuinn), Jared Slade, Sean Crain, Sidney Webb (Smart Communications, Inc.) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| **TIME:** | **MINUTES: Motion hearing (#4) for TRO** |
|---|---|
| 1:30 p.m. | Court in session. Court notes appearances. |
| 1:33 p.m. | Court addresses Plaintiff's request to supplement the record (Dkt. #21, *sealed*). Defendant voices no objection to the Court granting that request. Court orally grants motion to supplement. |
| 1:34 p.m. | Court hears from Plaintiff's counsel, Barton (Beau) Cox. Counsel will advise if certain portions of the hearing need to be sealed. Counsel Cox begins argument and evidence presentation to the Court. |
| 2:10 p.m. | Court hears from argument from Defendant Smart Communications' counsel, Jared Slade. |
| 2:26 p.m. | Defendant Smart Communications' counsel, Jared Slade provides the Court with Defendant's Exhibits 1 – 8. |
| 2:44 p.m. | Counsel hears from Defendant Daniel McGuinn's counsel, Molly Jones. |
| 3:02 p.m. | Court hears response from Plaintiff's counsel, Barton Cox. |
| 3:13 p.m. | Court inquires regarding amended complaint. Plaintiff advises they will be filing an amended complaint within thirty (30) days. |
| 3:14 p.m. | Court will take matter under advisement. |
| 3:15 p.m. | Court hears argument from Plaintiff's counsel regarding timeline of the case going forward and jurisdictional discovery. Court advises procedure going forward. |
| 3:16 p.m. | Court hears response argument from Defendant Smart Communication's counsel, Jared Slade. |
| | Court will allow jurisdictional discovery and if it exceeds what the Parties believe it should, the Parties are encouraged to reach out to the Court regarding any discovery disputes or issues. |

| | |
|---|---|
| 3:23 p.m. | Parties inquire regarding Order Governing Proceedings 26f conference. Parties will meet and confer regarding resetting the initial deadlines and if the Parties want to cancel the 26f conference they will reach out to chambers. |
| 3:25 p.m. | Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY: Keary Conrad
Courtroom Deputy Clerk